# ELECTRONIC RECORD

**246-15**
**247-15**

COA # 05-13-00478-CR          OFFENSE: 29.03

STYLE: Valentin Junior Hernandez v. The State of Texas          COUNTY: Dallas

COA DISPOSITION:     AFFIRM          TRIAL COURT: Criminal District Court No. 1

DATE: 2/03/2015          Publish: NO    TC CASE #:     F-1261625-H

## IN THE COURT OF CRIMINAL APPEALS

**246-15**
**247-15**

STYLE: Valentin Junior Hernandez v. The State of Texas          CCA #: 

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: 05/13/2015          SIGNED: _____          PC: _____

JUDGE: Per Curiam          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**